**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>Jackie Kelley<br><br><br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON CONSUMER INC.; JOHNSON & JOHNSON HOLDCO (NA), INC.; RED RIVER TALC LLC; JANSSEN PHARMACEUTICALS, INC.; and KENVUE INC.<br><br><br><br>Defendants. | **MDL NO. 2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN**<br><br>COMPLAINT AND JURY DEMAND<br><br><br>Civil Action No.: _____<br><br>DIRECT FILED ACTION |

**SHORT FORM COMPLAINT
AND JURY DEMAND**

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the

undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

### Identification of Plaintiff(s)

1.      Name of individual injured due to the use of talcum powder product(s): Jackie Kelley                                                                                  .

2.      At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of: Polk                                        FL
                                        ,                                        .

3.      Consortium Claim(s):  The following individual(s) allege damages for loss of consortium:

4.      Survival and/or Wrongful Death Claims:

        Name and residence of Decedent Plaintiff when she suffered the talcum

powder product(s) related death:_____

_____

_____

5.      Plaintiff/Decedent was born on ___3/8/55_____ and died on

_____ .

6.      Plaintiff is filing this case in a representative capacity as the

_____of the_____, having

been duly appointed as the_____by the

_____Court of _____

_____.

7.      As a result of using talcum powder products, Plaintiff/Decedent suffered

personal and economic injur(ies) that are alleged to have been caused by the use of

the products identified in Paragraph 16 below, but not limited to, the following:

        ✔_____ injury to herself

        _____ injury to the person represented

        _____ wrongful death

        _____ survivorship action

        ✔_____ economic loss

3

_____ loss of services

_____ loss of consortium

☑ other: All other damages allowed by law _____

## Identification of Defendants

8.    Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s)

(please check all that apply)[1]:

☑    Johnson & Johnson

☑    Johnson & Johnson Consumer Inc.

☐    Imerys Talc America, Inc. ("Imerys Talc")

☐    Personal Care Products Council ("PCPC")

## Additional Defendants:

☑    Other(s) Defendant(s) (please specify): Johnson & Johnson HoldCo (NA), Inc.

Red River Talc LLC, Janssen Pharmaceuticals, Inc, Kenvue Inc.

## JURISDICTION & VENUE

## Jurisdiction:

9.    Jurisdiction in this Short Form Complaint is based on:

☑    Diversity of Citizenship

☐    Other (The basis of any additional ground for jurisdiction must be

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

pled in sufficient detail as required by the applicable Federal Rules of Civil

Procedure). _____

_____

**Venue:**

10.      District Court(s) and Division (if any) in which venue was proper where you

might have otherwise filed this Short Form Complaint absent the direct filing Order

entered by this Court and to where remand could be ordered by the Judicial Panel

for trial: United States District Court, _____ .

## CASE SPECIFIC FACTS

11.      Plaintiff(s) currently reside(s) in (City, State):
Polk City _____, FL _____ .

12.      At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder

product(s) injury, Plaintiff/Decedent resided in (City, State):_____

Lakeland _____ FL _____ .

13.      The Plaintiff/Decedent was diagnosed with a talcum powder product(s)

injury in (City/State): Lakeland _____ FL _____

on _____ 11/2/16 _____ (date).

14.      To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum

powder product(s) on or about the following date: _____

and continued the use of talcum powder product(s) through about the following date:

_____.

15.    The Plaintiff/Decedent purchased talcum powder product(s) in the following

(State(s)):_____.

16.     Plaintiff/Decedent used the following talcum powder products:

☑    Johnson & Johnson's Baby Powder

☑    Shower to Shower

## CAUSES OF ACTION

17.    Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master*

*Long Form Complaint and Jury Demand* as if fully set forth herein.

18.    The following claims and allegations asserted in the Master *Long Form*

*Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

☐    Count I:  Products Liability –  Strict Liability – Failure to Warn

(Against Imerys Talc)

☑    Count II:  Products Liability – Strict Liability – Failure to Warn

(Against the Johnson & Johnson Defendants)

☐    Count III:  Products Liability – Strict Liability – Defective

Manufacturer and Design (Against Imerys Talc)

☑    Count IV:  Products Liability – Strict Liability – Defective

Manufacturer and Design (Against the Johnson & Johnson Defendants)

☑    Count V:  Breach of Express Warranties (Against the Johnson &

Johnson Defendants)

☑    Count VI:  Breach of Implied Warranty of Merchantability (Against

the Johnson & Johnson Defendants)

☑    Count VII:  Breach of Implied Warranty of Fitness for a Particular

Purpose (Against the Johnson & Johnson Defendants)

☐    Count VIII:  Negligence (Against Imerys Talc)

☑    Count IX:  Negligence (Against the Johnson & Johnson Defendants)

☐    Count X:  Negligence (Against PCPC)

☑    Count XI:  Negligent Misrepresentation (Against the Johnson &

Johnson Defendants)

☑    Count XII:  Fraud (Against the Johnson & Johnson Defendants)

☐    Count XIII:  Fraud (Against PCPC)

☑    Count XIV:  Violation of State Consumer Protection Laws of the State

of_____ (Against the Johnson & Johnson Defendants).

☐    Count XV:  Fraudulent Concealment (Against Imerys Talc)

☑    Count XVI:  Fraudulent Concealment (Against the Johnson & Johnson

Defendants)

☐    Count XVII:  Fraudulent Concealment (Against PCPC)

☑    Count XVIII:  Civil Conspiracy (Against All Defendants)

☐    Count XIX:  Loss of Consortium (Against All Defendants)

☑ Count XX:  Punitive Damages (Against All Defendants)

☑ Count XXI:  Discovery Rule and Tolling (Against All Defendants)

☐ Count XXII:  Wrongful Death (Against All Defendants)

☐ Count XXIII:  Survival Action (Against All Defendants)

☐ Furthermore, Plaintiff(s) assert(s) the following additional  theories and/or State Causes of Action against Defendant(s) identified in  Paragraph nine (9) above.  If Plaintiff(s) include(s) additional theories of recovery, to the extent they require specificity in pleadings, the specific facts  and allegations supporting these theories must be pled by Plaintiff(s) in a  manner complying with the requirements of the Federal Rules of Civil  Procedure. _____

_____

_____

_____

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of  suit, and such further relief as the Court deems equitable and just, and as set  forth in the Master Long Form Complaint as appropriate.

8

## <u>JURY DEMAND</u>

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.


Dated:<u>06/06/2025</u>                                Respectfully Submitted by,


                                                 /s/ *Mikal C. Watts*

                                                 **WATTS LAW FIRM LLP**
                                                 **Mikal C. Watts**
                                                 **Texas State Bar No. 20981820**
                                                 **mikal@wattsllp.com**
                                                 **811 Barton Springs Road, Ste. 725**
                                                 **Austin, Texas 78704**
                                                 **Telephone: (512) 479-0500**
                                                 **Facsimile: (512) 479-0502**